

Alan F. Kaufman
T 212.413.9016
alan.kaufman@nelsonmullins.com

**MEMO ENDORSED**

**By ECF**

Honorable Jeannette A. Vargas, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 703
New York, NY 10007-1312

> The motion to adjourn the initial conference is GRANTED. The initial conference will be held on March 12, 2025, at 11:00 a.m. in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are directed to submit the joint letter required by ECF No. 7 with the proposed case management plan by March 5, 2025.
>
> SO ORDERED.                         DATE: 2/24/2025
>
> *Jeannette Vargas*
>
> HON. JEANNETTE A. VARGAS
> UNITED STATES DISTRICT JUDGE

Re: *Rrustemi v. Stoopler, et al.*, Docket No. 1:24-cv-08832-JAV
**REQUEST FOR ADJOURNMENT OF INITIAL CONFERENCE**

Dear Judge Vargas:

We write on behalf of Defendants in the above-captioned matter to respectfully request a brief adjournment of the Initial Conference currently scheduled for February 26, 2025 at 11:00 a.m. Counsel for Plaintiff has consented to this request.

Our firm is potentially being retained on behalf of Defendants. This process has been somewhat delayed because Defendants have been awaiting a determination as to whether there is any insurance coverage for the claims asserted here. Defendants were promptly in touch with their insurance carrier, who had initially indicated that there was coverage (which could have impacted their selection of counsel). After a lengthy review by the carrier, it indicated late last week that it would be declining coverage.

We have been in touch with Plaintiff's counsel throughout this process. He had also agreed to an extension of time for Defendants to respond to the Complaint.

Accordingly, we respectfully request that the Court adjourn the Initial Conference (and Defendants' time to respond to the Complaint) for approximately two weeks, so that Defendants can finalize retention of counsel and respond accordingly (in addition to the fact that I will be travelling for business at that time). We thank the Court for its consideration.

Respectfully submitted,

*/s/ Alan F. Kaufman*

Alan F. Kaufman

cc (via ECF): Kevin Thomas Duffy, Jr. Esq.