```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Qendrese Sadriu Rrustemi,

                    Plaintiff,

      -against-

Your Vet 1 LLC, et al.,

                    Defendants.

1:24-cv-08832 (JAV) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

        In accordance with the Court's May 13, 2025 email to counsel, the parties were directed, no later than May 20, 2025, to submit four (4) mutually agreeable dates when all parties and counsel are available for the settlement conference. The parties did not submit such dates by May 20. Despite being given additional time to submit the settlement conference dates until May 23, 2025, the parties have yet to submit dates for a conference. Accordingly, it is hereby ORDERED that the parties shall submit settlement conference dates no later than Friday, May 30, 2025.

**SO ORDERED.**

Dated:      New York, New York
              May 27, 2025

                                                            _____
                                                              STEWART D. AARON
                                                              United States Magistrate Judge